# EXHIBIT NO. 1

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Plaintiff: Daniel E. Yates

V.

Defendant Address: Sunbelt Rentals, Inc. et al.
2341 Deerfield Drive
Fort Mill, SC 29715

"X" the court for filing:
[X] Superior Court  [ ] District Court
County: Cumberland
Location (Town): Portland
Docket No.: CV-22-71

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [X] Superior Court, which holds sessions at (street address) 205 Newbury Street, in the Town/(City) of Portland, County of Cumberland, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [X] Superior Court,
205 Newbury Street, Ground Floor, Portland, Maine 04101
       (Mailing Address)                          (Town, City)           (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. If you intend to oppose this lawsuit, do not fail to answer within the requested time.

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 05/02/2022
Robert W. Weaver, Esq.
004892
60 Pineland Drive, Suite 202
New Gloucester, ME 04260
(207) 699-5106 / rweaver@irwinmorris.com

[X] Attorney for Plaintiff
Bar # (if applicable)
Address

Telephone/Email

(Seal of Court)

_____
Clerk

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:

_____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____

Date (mm/dd/yyyy): _____    ▶ _____
                                           Deputy Sheriff Signature

                                         _____
                                           Printed Name

                                         _____
                                           Agency

**Costs of Service:**

Service:   $ _____
Travel:    $ _____
Postage:   $ _____
Other:     $ _____

Total      $ _____

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

MAINE JUDICIAL BRANCH

Daniel E. Yates _____ Plaintiff

V.

Sunbelt Rentals, Inc. et al. _____ Defendant
2341 Deerfield Drive _____ Address
Fort Mill, SC 29715

"X" the court for filing:
☒ Superior Court ☐ District Court
County: Cumberland
Location (Town): Portland
Docket No.: CV-22-71

## SUMMONS
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☐ District ☒ Superior Court, which holds sessions at (street address) 205 Newbury Street, in the Town/City of Portland, County of Cumberland, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☐ District ☒ Superior Court,

205 Newbury Street, Ground Floor , Portland , Maine 04101
(Mailing Address) (Town, City) (Zip)

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING:** If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. If you intend to oppose this lawsuit, do not fail to answer within the requested time.

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 05/02/2022
Robert W. Weaver, Esq.       (☒ Attorney for) Plaintiff
004892                       Bar # (if applicable)
60 Pineland Drive, Suite 202 Address
New Gloucester, ME 04260
(207) 699-5106 / rweaver@irwinmorris.com Telephone/Email

(Seal of Court)

▶ _____
Clerk

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

MAINE JUDICIAL BRANCH

STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address:
_____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____

Date (mm/dd/yyyy): _____     ▶ _____
                                           Deputy Sheriff Signature

                                          _____
                                           Printed Name

                                          _____
                                           Agency

**Costs of Service:**

Service:   $ _____
Travel:    $ _____
Postage:   $ _____
Other:     $ _____

Total      $ _____

ADA Notice: The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
Language Services: For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18            Page 2 of 2                     www.courts.maine.gov
Summons

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. _____ |

Daniel E. Yates )
      Plaintiff, )
)
v. )
)
Sunbelt Rentals, Inc. )
)
& )
)
Husqvarna AB, and )      COMPLAINT
)
Husqvarna Construction Products )
North America )
)
      Defendants )
)
)
)
)
)
)

NOW COMES Daniel E. Yates (hereinafter "Plaintiff"), by and through undersigned counsel, and complains against the Defendants, Sunbelt Rentals, Inc. (hereinafter "Sunbelt"), Husqvarna AB, and Husqvarna Construction Products North America (hereinafter "Husqvarna Construction Products"), as follows:

## THE PARTIES

1. Plaintiff Daniel E. Yates is an individual that resides in the Town of Windham, County of Cumberland, State of Maine.

2. Defendant Sunbelt Rentals, Inc. is a business entity incorporated pursuant to the laws of the State of North Carolina with a retail business location located at 5 Glasgow Road, Town of Scarborough, County of Cumberland, in the State of Maine.

3. Defendant Husqvarna AB is an international corporation headquartered in Sweden, with a place of business at Drottninggatan 2, Jonkoping, Sweden.

4. Defendant Husqvarna Construction Products North America is a subsidiary corporation of Husqvarna AB. Husqvarna Construction Products has a primary place of business at 17400 West 119th Street, Olathe, Kansas 66061.

## FACTS COMMON TO ALL COUNTS

5. At all times relevant hereto, Plaintiff Daniel E. Yates resided at 30 Snowy Ridge Road in the Town of Windham, County of Cumberland, State of Maine.

6. At all times relevant hereto, Plaintiff Daniel E. Yates was employed by Rocco Leo II, Inc., which has a principal place of business located at 7 Bridges Drive, in the Town of Scarborough, County of Cumberland, in the State of Maine.

7. On or about February 22, 2016, Rocco Leo II, Inc. commenced work as a subcontractor on a project located in Kennebunk, Maine (hereinafter "the project.") The general contractor on the project was Allied Cook Construction, a construction company based in Scarborough, Maine.

8. The project consisted of converting a former big-box retail store into office space. Rocco Leo II, Inc. was subcontracted to perform various jobs on the project; including, but not limited to, cutting large holes in the concrete exterior of the building for the placement of windows. Plaintiff was assigned as a foreman on the project for Rocco Leo II, Inc.

9. Plaintiff's employer, Rocco Leo II, Inc., purchased a Husqvarna "Cut-n-Break" power cutter (hereinafter "the power cutter" or "power cutter") from Defendant Sunbelt specifically for the project. The Husqvarna "Cut-n-Break" power cutter is designed, manufactured and marketed by Defendants Husqvarna AB and Husqvarna Construction Products for sale in the United States and around the world.

10. The power cutter was purchased new from Defendant Sunbelt and delivered to Plaintiff at the site of the project by his employer.

11. Plaintiff received the power cutter at the site of the project in its original condition and unused.

12. Plaintiff was supplied the operation manual for the power cutter from his employer and read the operation manual. Previously, Plaintiff had never used a Husqvarna "Cut-n-Break" power cutter.

13. The project required Plaintiff to use the power cutter to cut into the concrete exterior of the building to make holes in the wall, into which windows would eventually be installed. Plaintiff completed the cuts for approximately two-to-three windows per day, stopping to demo the concrete that had been cut.

14. Within the first two days of using the power cutter, Plaintiff noticed that the power cutter was making crooked cuts and drifting through the cuts that he was making into the wall. The operation of the power cutter continued to deteriorate and Plaintiff notified his employer of the situation. Plaintiff was instructed by his employer to meet a supervisor at Defendant Sunbelt's retail location in Scarborough, Maine, where the power cutter was purchased; and to bring the power cutter with him.

3

15. On March 1, 2016, Plaintiff arrived at the Scarborough location of Defendant Sunbelt with the power cutter. Plaintiff and a supervisor brought the power cutter into the store and presented it to the employees of Defendant Sunbelt that were present and on duty. Plaintiff explained to said employees that the power cutter appeared to be malfunctioning.

16. Plaintiff observed the Sunbelt employees remove the blades from the power cutter and compare the power cutter to another "Cut-n-Break" that was in the store. The Sunbelt employees placed the blades back on the power cutter and told the Plaintiff and his employer that the power cutter was fine and that there did not appear to be anything wrong with the machine. The Sunbelt employees took less than 20-minutes to inspect the power cutter and never turned the power cutter on to observe how it was operating.

17. Plaintiff brought the power cutter with him back to the worksite to resume work on the project.

18. Plaintiff began cutting with the power cutter and on the first cut of the day, within fifteen (15) minutes of using the power cutter, Plaintiff smelled rubber and the head of the power cutter, including the blades, began jumping and wobbling.

19. Plaintiff immediately attempted to discontinue use of the power cutter and remove it from the wall he was cutting when a blade from the power cutter came off of the machine and toward the Plaintiff, severely lacerating his left forearm and injuring his shoulder.

20. Due to the injuries sustained from the power cutter, Plaintiff underwent extensive medical treatment, including surgeries. Plaintiff also suffers permanent physical damage to his arm and shoulder; sustained lost wages, both past and future; experienced pain and suffering; and experienced loss of enjoyment of life due to his inability to engage in activities he enjoyed prior to his injury.

## COUNT I
### (Strict Liability-Defective or Unreasonably Dangerous Goods – Title 14 M.R.S.A. §221 Defendants Sunbelt, Husqvarna AB and Husqvarna Construction Products)

21. Plaintiff asserts the foregoing allegations contained in paragraphs 1-20 as if fully stated herein.

22. Defendant Sunbelt sold the power cutter to Plaintiff's employer in a defective condition that was unreasonably dangerous to users or consumers and to their property.

23. Defendant Husqvarna AB caused the power cutter to be placed into the stream of commerce in a defective condition that was unreasonably dangerous to users or consumers and to their property.

24. Defendant Husqvarna Construction Products caused the power cutter to be placed into the stream of commerce in a defective condition that was unreasonably dangerous to users or consumers and to their property.

25. Defendants Husqvarna AB and Husqvarna Construction Products designed the power cutter with a defect that caused the power cutter to be unreasonably dangerous to users or consumer and to their property.

26. Defendants Husqvarna AB and Husqvarna Construction Products manufactured the power cutter with a defect that caused the power cutter to be unreasonably dangerous to users or consumers and to their property.

27. Defendants Sunbelt, Husqvarna AB and Husqvarna Construction Products sold the power cutter with inadequate instructions and warnings to prevent the power cutter from being unreasonably dangerous.

28. Plaintiff was at all times relevant hereto an individual that the Defendants should have reasonably expected to be affected by the power cutter.

29. As a direct and proximate result of the Defendants sale of the defective power cutter, Plaintiff sustained physical harm and other damages as outlined herein.

WHEREFORE, Plaintiff demands judgment against Defendants in an amount to reasonably and fairly compensate him for all damages, plus attorney's fees, costs, interest, and such other damages as this Court may deem just.

## COUNT II
### (Breach of Implied Warranty of Merchantability ~ 11 M.R.S. § 2-314 Defendants Sunbelt, Husqvarna AB and Husqvarna Construction Products)

30. Plaintiffs assert the foregoing allegations contained in paragraphs 1-20 as if fully stated herein.

31. At all times relevant hereto, Defendants Sunbelt, Husqvarna AB and Husqvarna Construction Products, were "merchants" with respect to the power cutter as defined by 11 M.R.S.A. § 2-104(1).

32. By reason of the foregoing allegations, Defendants Sunbelt, Husqvarna AB and Husqvarna Construction Products, sold the power cutter in a defective condition in violation of their implied warranty of merchantability imposed pursuant to 11 M.R.S.A. § 2-314.

33. As a direct and proximate result of the Defendants' breach of the implied warranty of merchantability, Plaintiff sustained physical injury and damages as outlined herein.

WHEREFORE, Plaintiff demands judgment against Defendants, in an amount to reasonably and fairly compensate him for all damages, plus attorney's fees, costs, interest, and such other damages as this Court may deem just.

## COUNT III
### (Negligence-Defendant Sunbelt)

34. Plaintiff asserts the foregoing allegations contained in paragraphs 1-20 as if fully stated herein.

35. On or about March 1, 2016, Defendant Sunbelt and its employees owed a duty to Plaintiff to exercise reasonable care in examining and inspecting the power cutter after it was brought back to them with complaints that the power cutter was malfunctioning and cutting incorrectly.

36. On or about March 1, 2016, Defendant Sunbelt (and its employees) breached its duty by giving the power cutter only a cursory review and visual inspection before informing Plaintiff that the power cutter was in good working condition and safe to operate.

37. As a direct and proximate cause of Defendant Sunbelt's (and its employees') negligence as outlined above, Plaintiff sustained damage; including but not limited to, bodily injury, loss of income, permanent physical damage, loss of enjoyment of life, and pain and suffering.

WHEREFORE, Plaintiff demands judgment against Defendant Sunbelt, in an amount to reasonably and fairly compensate him for all damages, plus attorney's fees, costs, interest, and such other damages as this Court may deem just.

Date: This 22nd day of February, 2022.

Robert W. Weaver, Esq.
Bar No. ~ 4892
Attorney for Plaintiff

Irwin & Morris
60 Pineland Drive
Suite 202, Auburn Hall
New Gloucester, Maine 04260
(207) 699-5106
rweaver@irwinmorris.com

7

CONTAINS NONPUBLIC DIGITAL INFORMATION   MAINE JUDICIAL BRANCH

*Complete the caption that applies to your case:*

☒ Daniel E. Yates   Plaintiff/Petitioner

V.

Sunbelt Rentals, Inc. et al.   Defendant/Respondent
_____   Other Party

*"X" the court for filing:*
☒ Superior Court ☐ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court
County: Cumberland
Location (Town): Portland
Docket No.: CV-22-71

**OR**

☐ IN RE: _____

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But <u>you have a choice</u> to allow other parties to serve you by sending documents electronically to your designated email address.

> **PLEASE NOTE**: Any electronic service that you opt into applies only to papers served on you by other parties. It does not apply to documents that are sent to you by the court or documents that you file with the court.
>
> **Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

<u>If you choose not to opt in, you do not need to do anything</u>. If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:
  ☐ I have a trusted email account and I have daily access to this account;
  ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
  ☐ This email account has available electronic storage of at least 1 gigabyte;
  ☐ This email account accepts emails with attachments of up to 10 megabytes; and
  ☐ I will be able to maintain this email account throughout this case.

Date (*mm/dd/yyyy*): _____   ▶

Signature of Self-Represented Party
*(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

Print name: _____
Print email address: _____

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

# MAINE JUDICIAL BRANCH

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

I. **COUNTY OF FILING OR DISTRICT COURT JURISDICTION** *("X" the appropriate box and enter the County or location)*
   - [X] Superior Court County: Cumberland
   - [ ] District Court Location (city/town): _____

II. **NATURE OF THE FILING**
   - [X] Initial Complaint
   - [ ] Third-Party Complaint
   - [ ] Cross-Claim or Counterclaim
   - [ ] Reinstated or Reopened case
   Docket No.: _____
   *If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

   **Initial Complaint:** A complaint filed as an original proceeding. A filing fee is required.
   **Third-Party Complaint:** An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required.
   **Cross-Claim:** An original defendant's claim against another original defendant. No additional fee is required.
   **Counterclaim:** An original defendant's claim against an opposing party. No additional fee is required.
   **Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions.

III. [ ] **REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED**

IV. **MOST DEFINITIVE NATURE OF ACTION**
   *("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)*

**GENERAL CIVIL**
**Constitutional/Civil Rights**
- [ ] Constitutional/Civil Rights

**Contract**
- [ ] Debt Collection brought by a debt collector as defined by 32 M.R.S. § 11002 *(Contract Case Cover Sheet (CV-261) must be attached)*
- [ ] Other Contract *(Contract Case Cover Sheet (CV-261) must be attached)*

**Declaratory/Equitable Relief**
- [ ] Declaratory Judgment
- [ ] General Injunctive Relief
- [ ] Other Equitable Relief

**Non-Personal Injury Torts**
- [ ] Auto Negligence
- [ ] Libel/Defamation
- [ ] Other Negligence
- [ ] Other Non-Personal Injury Tort

**Personal Injury Torts**
- [ ] Assault/Battery
- [ ] Auto Negligence
- [ ] Domestic Tort
- [ ] Medical Malpractice
- [ ] Other Negligence
- [ ] Other Personal Injury Tort
- [X] Product Liability
- [ ] Property Negligence

**Statutory Actions**
- [ ] Freedom of Access
- [ ] Other Statutory Action
- [ ] Unfair Trade Practice

**Miscellaneous Civil**
- [ ] Administrative Warrant
- [ ] Appointment of Receiver
- [ ] Arbitration Awards
- [ ] Common Law Habeas Corpus
- [ ] Drug Forfeiture
- [ ] Foreign Deposition
- [ ] Foreign Judgments
- [ ] HIV Testing
- [ ] Land Use Enforcement (80K)
- [ ] Minor Settlements
- [ ] Other Civil
- [ ] Other Forfeiture/Property Libel
- [ ] Pre-Action Discovery
- [ ] Prisoners Transfers
- [ ] Shareholders' Derivative Action

**APPEALS (ADR EXEMPT)**
- [ ] Administrative Agency (80C)
- [ ] Governmental Body (80B)
- [ ] Other Appeal

**REAL ESTATE**
**Foreclosures**
- [ ] Foreclosure (ADR exempt)
- [ ] Foreclosure (Diversion eligible)
- [ ] Foreclosure (Other)

**Title Actions**
- [ ] Boundary
- [ ] Easement
- [ ] Eminent Domain
- [ ] Quiet Title

**Miscellaneous Real Estate**
- [ ] Abandoned Road
- [ ] Adverse Possession
- [ ] Equitable Remedy
- [ ] Mechanics Lien
- [ ] Nuisance
- [ ] Other Real Estate
- [ ] Partition
- [ ] Trespass

**CHILD PROTECTIVE CUSTODY**
- [ ] Non-DHHS Protective Custody

**SPECIAL ACTIONS**
- [ ] Money Judgment Disclosure

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-001, Rev. 12/21              Page 1 of 4              www.courts.maine.gov
Civil Summary Sheet

**MAINE JUDICIAL BRANCH**

V. **M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because ("X" one box below):

☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.

☐ The parties have participated in a statutory pre-litigation screening panel process with (*name of panel chair*) _____ that concluded on (*date of panel finding - mm/dd/yyyy*) _____.

☐ The parties have participated in a formal ADR process with (*name of neutral*) _____ on (*date – mm/dd/yyyy*) _____.

☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.

☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).

☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

VI. **PARTY AND ATTORNEY CONTACT INFORMATION**

*If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.*

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**

*("X" the box below to indicate the party type associated with the filing)*

☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Daniel Yates
Mailing address (*include county*): 30 Snowy Ridge Road
Windham, ME 04062
Telephone: 
Email: 

Name (*first, middle initial, last*): 
Mailing address (*include county*): 
Telephone: 
Email: 

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.*

Name and bar number: Robert W. Weaver, Esq. ~ Bar No: 004892
Firm name: Irwin & Morris
Mailing Address: 60 Pineland Drive, Suite 202
New Gloucester, ME 04260
Telephone: (207) 699-5106
Email: rweaver@irwinmorris.com

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

**(c) DEFENDANT(S)**
*("X" the box below to indicate the party type associated with the filing)*
☒ Defendant(s)
☐ Third-Party Defendant(s)
☐ Counterclaim Defendant(s)
☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): (see attachment)
Mailing address (*include county*): _____

Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____

Telephone: _____
Email: _____

**(d) ATTORNEY(S) FOR DEFENDANT(S)**
If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: Unknown as to all Defendants
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**(e) PARTIES IN INTEREST**

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

**(f) ATTORNEY(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

**VII. RELATED CASE(S) IF ANY**

Case name: _____
Docket Number: _____
Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*): 02/22/2022

▶ _____
Signature of Plaintiff or Lead Attorney of Record

Robert W. Weaver, Esq.
Printed Name of Plaintiff or Attorney

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

Attachment

(c) DEFENDANT(S)

(1) Sunbelt Rentals, Inc.
5 Glasgow Road
Scarborough, ME 04074
Cumberland County

(2) Husqvarna Construction Products North America
17400 West 119th Street
Olathe, KS 66061
Johnson County

(3) Husqvarna AB
SE-561 82 Huskvarna
Drottninggatan 2
Jonkoping, Sweden